THE PEOPLE OF THE STATE OF NEW YORK ex rel. CITY REAL ESTATE COMPANY v. LAWSON PURDY.— Motion granted unless appellant complies with terms of order. Present.— Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.